| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Monica Castillo 146154<br>Sarrail, Castillo & Hall, LLP<br>111 Anza Blvd., STe. 203<br>Burlingame, CA 94010<br>TELEPHONE NO.: (650) 685-9200　FAX NO. *(Optional):* (650) 685-9206<br>E-MAIL ADDRESS *(Optional):* mcastillo@sch-lawfirm.net<br>ATTORNEY FOR *(Name):* Plaintiff | CIV-110<br>FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF USDC-Northern
STREET ADDRESS: Northern District of California
MAILING ADDRESS: 280 S. First Street, Rm. 2112
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: San Jose Division

PLAINTIFF/PETITIONER: Richard Johnson

DEFENDANT/RESPONDENT: Harry's Hofbrau, Inc.

**REQUEST FOR DISMISSAL**

CASE NUMBER: 16-cv-01727-HRL

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.
This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [X] With prejudice　(2) [ ] Without prejudice
   b. (1) [ ] Complaint　(2) [ ] Petition
   　(3) [ ] Cross-complaint filed by *(name):*　　　　　　　on *(date):*
   　(4) [ ] Cross-complaint filed by *(name):*　　　　　　　on *(date):*
   　(5) [X] Entire action of all parties and all causes of action
   　(6) [ ] Other *(specify):**
2. *(Complete in all cases except family law cases.)*
   The court [ ] did [X] did not waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: 7/11/2016

Monica Castillo
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

▶ *(signed)* Monica Castillo
(SIGNATURE)
Attorney or party without attorney for:
[X] Plaintiff/Petitioner　[ ] Defendant/Respondent
[ ] Cross-Complainant

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

▶ _____
(SIGNATURE)
Attorney or party without attorney for:
[ ] Plaintiff/Petitioner　[ ] Defendant/Respondent
[ ] Cross-Complainant

** If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for the cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

*(To be completed by clerk)*
4. [ ] Dismissal entered as requested on *(date):*
5. [ ] Dismissal entered on *(date):*　　　　as to only *(name):*
6. [ ] Dismissal **not** entered as requested for the following reasons *(specify):*

7. a. [ ] Attorney or party without attorney notified on *(date):*
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
   　　[ ] a copy to be conformed　[ ] means to return conformed copy

Date: _____　Clerk, by _____, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

*Martin Dean's*
**ESSENTIAL FORMS™**

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

Richard Johnson

| PLAINTIFF/PETITIONER: Richard Johnson | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Harry's Hofbrau, Inc. | 16-cv-01727-HRL |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1. The court waived fees and costs in this action for *(name)*:

2. The person in item 1 is *(check one below)*:
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. ☐ All court fees and costs that were waived in this action have been paid to the court *(check one)*:  ☐ Yes  ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

▶ _____

(TYPE OR PRINT NAME OF  ☐ ATTORNEY  ☐ PARTY MAKING DECLARATION)   (SIGNATURE)

---

CIV-110 [Rev. January 1, 2013]

*Martin Dean's*
**ESSENTIAL FORMS™**

**REQUEST FOR DISMISSAL**

Richard Johnson

Page 2 of 2

| | |
|---|---|
| 1 | Johnson v. Harry's Hofbrau, Inc., et al. |
| 2 | U.S.D.C., Northern District, Case No. 16-cv-01727-HRL |

## PROOF OF SERVICE

I declare that I am employed in County of San Mateo, California. I am over the age of eighteen years and not a party to the within cause; my business address is 111 Anza Blvd., Suite 203, Burlingame, CA 94010.

On the below date, I served a true copy of Request for Dismissal on the opposing parties in said cause, in the manner indicated as follows:

Brett E. Bitzer, Esq.
CTSC Law
2601 Main Street, Suite 800
Irvine, California 92614

[X] **BY MAIL:** I caused such envelope to be deposited in the mail at Burlingame, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with my firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postage service that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more that one day after date of deposit for mailing affidavit.

[ ] **BY PERSONAL SERVICE:** I placed a true copy thereof in a sealed envelope, and caused such envelope to be delivered by hand to the addressee(s) noted above.

[ ] **BY E-SERVICE:** As required by the San Francisco Superior Court

[ ] **BY EXPRESS MAIL:** I caused each such envelope to be deposited into a designated express mail box located at 700 Airport Blvd., Suite 420, Burlingame, CA 94010 for pick up on the date of execution of this declaration.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 11, 2016, at Burlingame, California.

Andrea Beggs